IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MICHAEL KING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Case No. 6:23-cv-00015 |
| | § | |
| IEA CONSTRUCTORS LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael King ("King"/"Plaintiff") and Defendant IEA Constructors LLC ("IEAC"/"Defendant"), (hereafter jointly referred to as the "Parties") by and through their respective counsel, hereby stipulate and agree that all disputes between Plaintiff and Defendant have been resolved, that Plaintiff's claims against Defendant shall be dismissed with prejudice, and that the Parties to this stipulation shall bear their own costs, expenses, and attorneys' fees.

Dated:  April 28, 2023

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Charles T. Jeremiah*
Charles T. Jeremiah
Texas Bar No. 00784338
U.S. Southern District No. 15222
Nathaniel J. Higgins
Texas Bar No. 24087720
U.S. Southern District No. 3277285
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile:  (713) 650-0405
Email:  Charles.Jeremiah@jacksonlewis.com
Email:  Nathaniel.Higgins@jacksonlewis.com

**ATTORNEY FOR DEFENDANT**
**IEA CONSTRUCTORS, LLC**


*/s/ Dennis L. Richard *signed by permission*
Dennis L Richard
Texas State Bar No. 16842600
The Law Office of Dennis L. Richard
14255 Blanco Road
San Antonio, TX 78216
Telephone:  210-308-6600
Facsimile:   210-308-6939
Email: dennislrichardlaw@gmail.com

**ATTORNEY FOR PLAINTIFF**
**MICHAEL KING**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Joint Stipulation of Dismissal With Prejudice* was filed and served on April 28, 2023, in the United States District Court for the Southern District of Texas, Victoria Division in accordance with the Federal Rules of Civil Procedure, on the following counsel of record, via the Court's e-filing notice system:

*/s/ Charles T. Jeremiah*
Charles T. Jeremiah